UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Viktors Ginters and
Rochelle Ginters,

        Plaintiffs,

vs.

Denise Frazier, District Director, Citizenship
and Immigration Services, Eduardo Aguirre,
Director, Citizenship & Immigration Services,
Michael Chertoff, Secretary, Department of
Homeland Security, and Peter D. Keisler,
Acting United States Attorney General,

        Defendants.

ORDER ADOPTING REPORT
AND RECOMMENDATION

Civ. No. 07-4681 (JMR/RLE)

* * * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of the United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED:**

1.    That the Clerk of Court shall not issue a Summons, nor deliver process to the United States Marshal for service upon the Defendants, until so directed by further Order of the Court.

2.    That the Plaintiffs' Applications for in forma pauperis status [Docket Nos. 2 and 4] are denied.

Dated: February 1, 2008

        s/James M. Rosenbaum
        James M. Rosenbaum, Chief Judge
        United States District Court